# EXHIBIT "2"

7

Name **Haddam Restaurant**   Owner **Fani Nadds**   Date **11-15-07**
Phone **860-345-4472**   Cell ████████   Home ████████
Length of ownership **2 yrs**   Rep **Joel**   City **Haddam**   State **CT (ET)**
Industry **Restaurant**   Separate Biz Location **NO YES**

[ ] **Credit Card Statements**
Number of statements **4**   Total Charges **112,927**   Ave. **28244**
Busiest Month **10/07**   Slowest Month **07/07**   Tran # **569-856**

Prior Advance Company **NO**   Bal ____   Reverse Dir. Biz ✓   Home ____
Web Site **N/A**   UCC ____   Call & Verify # Biz ✓   Cell ____   Current on all ____

[✓] **Landlord**
Contact **Debbie**   How long location **2 yrs.**   Rent **$500**
Months remaining **8 yrs.**   Current with rent **YES**   Balance **0**
Will you renew lease **YES**
Comments **NO LATES OR NSF's.**

/15 FAX
1:21
16 AL SAID
CBACK
10U

[✓] **Supplier #1**   Name **TINA ROSE**   Contact **(AL) A.R.**   Terms **NET 7**
How long Account **2006**   Monthly Purchases **$1400**   Bal **0**
Current **YES**   On Time **YES**   NSF **0**   Supply **PRODUCE**
Last Order **11/15**   Comments ____

/15 FAX
1:22 ✓
16 TO FAX
CK 10:14

[✓] **Supplier #2**   Name **CONN. BEVERAGE**   Contact **CAROLYN**   Terms **NET 30**
How long Account **AUG 2001**   Monthly Purchases **WNAVAIL**   Bal **0**
Current **YES**   On Time **YES**   NSF **0**   Supply **WINE & SPIRITS**
Last Order **11/15**   Comments ____

[ ] **Supplier #3**   Name ____   Contact ____   Terms ____
How long Account ____   Monthly Purchases ____   Bal ____
Current ____   On Time ____   NSF ____   Supply ____
Last Order ____   Comments ____

[ ] **Merchant Interview**
Name ____   Date ____   Store Hours **Sunday to Wed 9:00AM to 11:0   Thu to Sat 9:00-2:00AM**
Customer ____   Busy Season **Summer**
# of employees **3 cooks 5 wait**   # of Owners **1 owner**   (Rest: Max Seating **155 seats**)
Use of Funds **Improve Bath & Computer**   Familiar W/Program **NO**
Comments **family busine. Italian family style**

Approved [ ]   Pass [ ]   Rejected Reason ____
Approval Date ____

| | | | 11/6 | , | 3/7 | , | 7/7 | 29,511 | 856 |
|---|---|---|---|---|---|---|---|---|---|
| Amount | 28000 | 22000 | 12/6 | , | 4/7 | , | 8/7 | 27,158 | 821 |
| Factor | 1.38 | 1.38 | 1/7 | , | 5/7 | , | 9/7 | 28,168 | 803 |
| Split | 25 | 20 | 2/7 | , | 6/7 | , | 10/7 | 28,740 | 569 |
| Merchant Interview | | | | | | | | | |

25,000   40,000
1.38     1.48
25       25